# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:15-CV-00002-RLV-DSC

| | |
|---|---|
| **STRUCTURAL MATERIALS, INC.,** )<br>)<br>**Plaintiff,** )<br>)<br>**v.** )<br>)<br>**CAROLINA BRIDGE CO., INC.,** )<br>)<br>**Defendant.** ) | **ORDER** |

**THIS MATTER** is before the Court on the "Joint Motion to Stay the Initial Attorney Conference" (document # 11) filed March 16, 2015. For the reasons set forth therein, the Motion will be granted. The parties will advise the Court as to the outcome of mediation. If an impasse is reached, the parties shall conduct the Initial Attorney's Conference immediately and file the Certificate of Initial Attorney's Conference within seven business days following conclusion of mediation.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: March 18, 2015

David S. Cayer
United States Magistrate Judge